IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**TAURUS BERNARD DICKERSON**,

    Plaintiff,

v.                                          Civil Action No. 7:20-CV-8 (HL)

**LT. ZIRKEL, et al.**,

    Defendants.

## ORDER

Before the Court is the Recommendation of United States Magistrate Judge Thomas Q. Langstaff. (Doc. 40). Finding that Plaintiff has not exhausted his administrative remedies as to certain identified claims, the Magistrate Judge recommends granting Defendants' Motion to Dismiss (Doc. 19) and dismissing the unexhausted claims. The Magistrate Judge further recommends denying Plaintiff's request for injunctive relief. (Doc. 29).

Petitioner filed no objections to the Recommendation. The Recommendation accordingly is accepted and adopted. The Court **GRANTS** Defendants' Motion to Dismiss (Doc. 19) and dismissing the following claims for lack of exhaustion:

1. Excessive force against Defendant Zirkel.
2. Excessive force against Defendant Sergeant Sharp regarding tasing Plaintiff on two occasions in retaliation.

3. Excessive force against Defendants Stewart, COII Sharp, and Williams regarding dry tasing Plaintiff.

4. Excessive force against Defendant Zirkel regarding pepper-spraying Plaintiff on two occasions for no reason.

5. Threats of harm against all Defendants.

6. Deliberate indifference to safety against Defendant Zirkel.

7. Retaliation against all Defendants.

Plaintiff's remaining claims for food contamination against Defendants Stewart, Williams, COII Sharp, Sergeant Sharp, and Zirkel and for excessive force against Defendant Sergeant Sharp for dry tasing Plaintiff shall proceed. The Court **DENIES** Plaintiff's request for injunctive relief. (Doc. 29).

**SO ORDERED**, this 25th day of August, 2021.

> *s/ Hugh Lawson*_____
> **HUGH LAWSON, SENIOR JUDGE**

aks